UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Gregory Tywone Canty, | ) | C/A No.: 4:14-1044-JMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Chief Michael Schwartz, Officer Lucy Perez, Mark Goude | ) ) | |
| | ) | |
| Defendants. | ) | |

On January 26, 2015, this court granted in part and denied in part Plaintiff's motion for subpoena forms. (Doc. #79). In this order, the Clerk of Court was directed to send two unsigned blank subpoena forms to the Plaintiff and Plaintiff was instructed to appropriately fill them out and return the forms to the court for review within ten (10) days of the date of the order. Once the subpoena forms were appropriately completed and returned within the ten days, the Clerk of Court was instructed within the order to sign the form and send back to the Plaintiff for service within thirty days from the date the Clerk's office mailed the signed subpoena to Plaintiff.

Plaintiff did not return the subpoena forms within ten (10) days to the court as instructed in the order. On March 4, 2015, Plaintiff submitted a subpoena form for Georgetown Detention Medical Department to subpoena his "complete medical records while at the Georgetown County Detention Center." As Plaintiff failed to comply with the time period set forth in the court's order of January 26, 2015, the discovery period has expired in the scheduling order, and Plaintiff did not show an ability to pay any associated costs with the subpoena as directed in the order (doc. #79, footnote #2), the subpoena forms will not be signed and returned to the Plaintiff for service.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III  
Thomas E. Rogers, III  
United States Magistrate Judge

March 4, 2015  
Florence, South Carolina